IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV431 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HUMMER H2 UTILITY 2003, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| FIRST NATIONAL BANK OF OMAHA and MARK A. FREDERICK, | ) ) | |
| | ) | |
| Claimants. | ) | |

This matter is before the court on the plaintiff's unopposed motion to stay proceedings (Filing No. 21). The plaintiff represents no other party opposes the motion to stay. Further, the plaintiff states a stay of this civil forfeiture would facilitate a resolution through a related criminal proceeding. The plaintiff requests a stay until March 1, 2006. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's unopposed motion to stay proceedings (Filing No. 21) is granted.

2. This case is stayed until March 1, 2006.

3. The parties shall have until March 1, 2006, to meet and confer and report to the court pursuant to Fed. R. Civ. P. 26 or provide a joint report regarding the status of the case.

DATED this 2nd day of December, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge