IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV431 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HUMMER H2 UTILITY 2003, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| FIRST NATIONAL BANK OF OMAHA and MARK A. FREDERICK, | ) ) | |
| | ) | |
| Claimants. | ) | |

This matter is before the court on the plaintiff's unopposed motion to stay proceedings (Filing No. 28). The plaintiff represents that counsel for the other parties agree to the stay for the reason they are attempting to facilitate a resolution through a related criminal proceeding. The plaintiff requests a stay until July 31, 2006. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's unopposed motion to stay proceedings (Filing No. 28) is granted.

2. This case is stayed until July 31, 2006.

3. The parties' deadline to meet and confer and report to the court pursuant to Fed. R. Civ. P. 26 or provide a joint report regarding the status of the case is extended until **July 31, 2006**.

DATED this 17th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge