# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV431 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HUMMER H2 UTILITY 2003, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel for the parties. Nancy Svoboda and Alan Everett participated for the plaintiff, Alan Stoler and Robert Creager participated for the claimants.

**IT IS ORDERED:**

1. The stay imposed by the court on March 17, 2006 (Filing No. 29) is continued to **February 1, 2007**.

2. The plaintiff shall initiate a telephone conference with counsel and the undersigned magistrate judge **on February 1, 2007, at 9:00 a.m.** to review the status of this case.

DATED this 11th day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge