FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 FEB 22 AM 10: 02

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CV431 |
| ) | |
| One black 2003 Hummer H2 Utility, ) | |
| VIN 5GRGN23U53H124621; ) | |
| ) | |
| One white 2003 Cadillac Escalade, ) | ORDER |
| VIN 1GYEK63N53R314621; ) | |
| ) | |
| One black 2003 Hummer H2 Utility, ) | |
| VIN 5GRGN23U33H107719; ) | |
| ) | |
| Account No. 5760747 in the name of Mark A. Frederick, ) | |
| DBA Mobility Specialists, DBA Scooter Super Store at ) | |
| Union Bank & Trust, 4732 Calvert, Lincoln, NE 68506; ) | |
| ) | |
| Account No. 998763 in the name of Craig A. Workman, ) | |
| DBA Mobility Specialists of America at Pinnacle Bank, ) | |
| 6145 Havelock Ave., Lincoln, NE 68507; ) | |
| ) | |
| Account No. 588129 in the name of Craig Workman, ) | |
| 4327 Q St., Lincoln, NE at City Bank & Trust, ) | |
| 1135 Main St., Crete, NE, ) | |
| ) | |
| Defendants. ) | |

NOW ON THIS _21_ day of February, 2007, this matter comes on before the Court upon the Stipulation of the parties (Filing No. 31). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. The U. S. Marshals Service ("Marshal") is in possession of $19,509.57, representing the

money seized from Account No. 588129 in the name of Craig Workman, 4327 Q St., Lincoln, Nebraska at City Bank & Trust, 1135 Main St., Crete, Nebraska.

2. The Marshal is also in possession of $8,000.00. This was tendered by Craig Workman as a substitute *res* bond for the 2003 Hummer with VIN ending 7719.

3. The Marshal has no funds representing Account No. 998763 in the name of Craig A. Workman, DBA Mobility Specialists of America at Pinnacle Bank, 6145 Havelock Ave., Lincoln, NE 68507, as no funds were in the account at the time seizure was attempted.

4. Pursuant to this Court's Order dated September 20, 2005, (Filing No. 5), the Marshal has published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on November 16, 2005 (Filing No. 19). In response to said published notice, no other person or entity has filed a Petition setting forth any legal or equitable interest in the Defendant property, other than Craig Workman and Mark Frederick.

5. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation is hereby approved.

B. Nineteen thousand five hundred nine dollars and fifty-seven cents, representing the money seized from Account No. 588129 in the name of Craig Workman, 4327 Q St., Lincoln, Nebraska at City Bank & Trust, 1135 Main St., Crete, Nebraska, and $8,000.00, put up as substitute *res* bond for the 2003 Hummer with VIN ending 7719, shall be returned to the Claimant, Craig A. Workman, together with interest on each sum from the date the Marshal received each sum, by delivering the same to the trust account his attorney of record, Alan G. Stoler.

C. Pursuant to this Court's Order dated September 20, 2005 (Filing No. 5), the Marshal has

8:05-cv-00431-JFB-TDT   Doc # 32   Filed: 02/21/07   Page 3 of 3 - Page ID # 98

published notice of his intent to dispose of the property in such a manner as the Attorney General may direct. An Affidavit of Publication was filed herein on November 16, 2005 (Filing No. 19). Only Craig Workman and Mark Frederick have alleged an interest in the Defendant properties.

D. Upon Mr. Stoler's receipt of the combined sum of $19,509.57 and $8,000.00, plus interest as set forth above, he shall file a Receipt with this Court.

BY THE COURT:

JOSEPH F. BATAILLON
UNITED STATES DISTRICT COURT

Prepared and submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

ONE BLACK 2003 HUMMER H2,
ACCOUNT NO. 998763, AND
ACCOUNT NO. 588129, Defendants, and
CRAIG A. WORKMAN, Claimant

ALAN G. STOLER (#15764)
Attorney at Law
1823 Harney Street, Suite 1004
Omaha, Nebraska 68102
(402) 346-1733

3